**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| KEVIN MULLIGAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case Number: 11-cv-8200 |
| | ) | Judge Guzman |
| VILLAGE OF RIVERSIDE, an Illinois | ) | Magistrate Judge Brown |
| Corporation; MATTHEW BUCKLEY, | ) | |
| | ) | |
| Defendants. | ) | |

## AGREED STIPULATION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiff, Kevin Mulligan ("Mulligan"), and Defendants, the Village of Riverside ("the Village") and Matthew Buckley ("Buckley"), hereby stipulate and agree to dismissal of this action, with prejudice, as all matters among the parties have been resolved.

PLAINTIFF                                     DEFENDANTS

KEVIN MULLIGAN                                VILLAGE OF RIVERSIDE

By: /s/ Patrick Walsh _____         By: /s/ Heather Becker _____

Patrick Walsh                                 Heather Becker
Elliot R. Zinger & Associates                 Laner Muchin, Ltd.
10 South LaSalle Street, Suite 1420           515 North State Street, Suite 2800
Chicago, Illinois  60603                      Chicago, Illinois 60654
One of His Attorneys                          One of Its Attorneys

                                              MATTHEW BUCKLEY

                                              By: /s/ Jason Callicoat _____

                                              Paul Rettburg
                                              Jason Callicoat
                                              Querrey & Harrow, Ltd.
                                              175 W. Jackson Boulevard. Suite 1600
                                              Chicago, Illinois 60604
                                              One of His Attorneys

**<u>CERTIFICATE OF SERVICE</u>**

Heather Becker, an attorney, hereby certifies that she caused the **Agreed Stipulation to Dismiss** in the above-captioned matter to be served via the electronic filing system and personal delivery to the Clerk of Court, and via the electronic filing system and U.S. Mail to the parties of record listed below on this 9th day of September 2013, addressed to:

Patrick J. Walsh
Elliot R. Zinger & Associates
10 South LaSalle Street, Suite 1420
Chicago, Illinois 60603

Paul Rettburg
Jason Callicoat
Querrey & Harrow, Ltd.
175 W. Jackson Boulevard. Suite 1600
Chicago, Illinois 60604

/s/ Heather Becker
Heather Becker