## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Kevin Mulligan
                              Plaintiff,

v.                                                    Case No.: 1:11−cv−08200
                                                      Honorable Ronald A. Guzman

Village of Riverside, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 10,2013:

    MINUTE entry before Honorable Ronald A. Guzman: Pursuant to stipulation to dismiss [doc. 108], pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), it is hereby ordered that this case is dismissed with prejudice, as all matters among the par ties have been resolved. Any pending motions or schedules are stricken as moot. Civil case terminated. Mailed notice (cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If an order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.